| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035 | GIBSON, DUNN & CRUTCHER LLP<br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-4622<br>Facsimile: (415) 801-7389 |

ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

TRENTON J. VAN OSS (*pro hac vice*)
tvanoss@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL KRACKENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN MEMORIAL HOSPITAL, META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, and INSTAGRAM, LLC,<br><br>Defendants. | Case No. 4:22-cv-06020-DMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT META PLATFORMS, INC.**<br><br>Action Filed: August 10, 2022<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that Elizabeth K. McCloskey of Gibson, Dunn & Crutcher LLP, a |
| 3 | member of the State Bar of California (SBN 268184) and admitted to practice in this Court, hereby |
| 4 | appears on behalf of Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, |
| 5 | LLC, and Instagram, LLC in this action, and is authorized to receive service of all pleadings, notices, |
| 6 | orders, and other papers regarding this action on their behalf. Her address, telephone, facsimile, and |
| 7 | email are as follows: |

> Elizabeth K. McCloskey
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105-0921
> Telephone:     (415) 393-4622
> Facsimile:     (415) 801-7389
> emccloskey@gibsondunn.com

Dated: October 17, 2022            GIBSON, DUNN & CRUTCHER LLP

                                   By:  */s/ Elizabeth K. McCloskey*
                                        Elizabeth K. McCloskey

                                   *Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*