# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Michael Krackenberger | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cv-06020-DMR |
| Northwestern Memorial Hospital, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michael Krackenberger                                                                                                .

Date:   10/19/2022

/s/ Gayle M. Blatt
*Attorney's signature*

Gayle M. Blatt (122048)
*Printed name and bar number*
110 Laurel Street
San Diego, CA 92101

*Address*

gmb@cglaw.com
*E-mail address*

(619) 238-1811
*Telephone number*

(619) 544-9232
*FAX number*